UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-22031-CIV-
HUCK/O'SULLIVAN

MAURICE PIERRE

v.

MIDLAND FUNDING LLC

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Defendant files this notice of voluntary dismissal with prejudice and gives notice that this matter has been resolved and can be closed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was delivered by hand or US mail to Alejandro Perez, Cole, Scott & Kissane, PA, at 9150 S. Dadeland Blvd #1400, Miami, FL 33156 on ___9/8___, 2010

Erik Kardatzke, Esq. FBN 17862
Debt Defense, P.L. – A Law Firm
6915 Red Road #200
Coral Gables, Florida 33143
Tel.: (305) 444-4323